UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Tallahassee_ DIVISION

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Steven R. DeWitt,

Inmate # N19047

(Enter full name of Plaintiff)

vs.

Janet Leacock, Doctor,
Wilson (first name unknown), Sgt.

_____,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**Second Amended Complaint**

CASE NO: 4:18 CV 281-MW/CAS
(To be assigned by Clerk)

• Demand For Jury Trial
Yes ✓        No

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

I. **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Steven R. DeWitt
Inmate Number: N/A
Prison or Jail: N/A
Mailing address: 2315 Jackson Bluff Road, Apt. 428-E, Tallahassee, FL 32304

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Janet Leacock
    Official position: Doctor
    Employed at: Jefferson C.I.
    Mailing address: 1050 Big Joe Road, Monticello, FL 32344

(2) Defendant's name:
    Official position:
    Employed at:
    Mailing address:

(3) Defendant's name: Wilson (first name unknown)
    Official position: Sergeant
    Employed at: Jefferson C.I.
    Mailing address: 1050 Big Joe Road, Monticell, FL 32344

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )        No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): N/A
   (b) Defendant(s): N/A
2. Name of judge: N/A        Case #: N/A
3. County and judicial circuit: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A
7. Facts and claims of case: N/A

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(✓)        No( )

1. Parties to previous action:
   a. Plaintiff(s): Steven R. DeWitt
   b. Defendant(s): R.M. McCammon, G.H. Campbell
2. District and judicial division: Northern District, Tallahassee Division
3. Name of judge: Gary R. Jones        Case #: 4:15 cv 378-WS/GRJ
4. Approximate filing date: July 28, 2015
5. If not still pending, date of dismissal: October 24, 2016
6. Reason for dismissal: Stipulation upon settlement

3

7. Facts and claims of case: Defendant's failure to protect Plaintiff's person after threats made against Plaintiff by other inmate.

(Attach additional pages as necessary to list other federal court cases.)

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)        No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): Steven R. DeWitt
   b. Defendant(s): State of Florida
2. District and judicial division: Northern District, Tallahassee Division
3. Name of judge: Charles A. Stampelos    Case #: 4:15 CV 433-MW/CAS
4. Approximate filing date: Oct. 19, 2015
5. If not still pending, date of dismissal: Unknown
6. Reason for dismissal: Court held that I failed to prove claims
7. Facts and claims of case: Ineffective Assistance of Counsel

(Attach additional pages as necessary to list cases.)

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )        No(✓)

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A           Case Docket # N/A
4. Approximate filing date: N/A        Dismissal date: N/A
5. Reason for dismissal: N/A

4

(Attachment page to page 4, Part C, Previous Lawsuits):

1. Parties to previous actions:
   a. Plaintiff(s): Steven R. DeWitt
   b. Defendant(s): State of Florida
2. District and judicial division: Northern District, Tallahassee Div.
3. Name of judge: Elizabeth M. Timothy   Case #: 4:17 cv 431 - MW/EMT
4. Approximate filing date: Unknown
5. If not pending, date of dismissal: Oct. 2, 2017
6. Reason for dismissal: Unknown
7. Facts and claims of case: Ineffective Assistance of Counsel

1. Parties to previous actions:
   a. Plaintiff(s): Steven R. DeWitt
   b. Defendant(s): State of Florida
2. District and judicial division: Northern District, Tallahassee Div.
3. Name of judge: Charles A. Stampelos   Case #: 4:17 cv 471 RH/CAS
4. Approximate filing date: Oct. 17, 2017
5. If not pending, date of dismissal: Nov. 14, 2017
6. Reason for dismissal: Voluntarily
7. Facts and claims of case: Failure to protect Plaintiff's person

1. Parties to previous action:
   a. Plaintiff(s): Steven R. DeWitt
   b. Defendant(s): Brown, et al
2. District and judicial division: Northern District, Tallahassee Div.
3. Name of judge: Charles A. Stampelos   Case #: 4:18 cv 337-RH/CAS
4. Approximate filing date: Nov. 2, 2018, Amended
5. If not pending, date of dismissal: Pending
6. Reason for dismissal: N/A
7. Facts and claims of case: To be amended

## V. Statement of Facts

### Defendant Janet Leacock

1. On a date between May 24 and 31, 2018 (approximate date unknown at this time),[1] a Doctor Janet Leacock was deliberate indifference to my medical care and need when she had intentionally and maliciously discharged me from an emergency psychological evaluation status, after I had advised Dr. Leacock that I was still hearing voices in my head telling me to harm myself and others, that I had assaulted my roommate, a inmate Kenneth McDonald on the date of May 23, 2018, because the voices in my head told me to do so, that I was unable to control the voices in my head telling me to harm myself and others, and that I was in possession of several small razors. Doctor Leacock's actions here had resulted in me cutting my person, and in myself

---

[1] All named Defendants as announced in paragraphs 1 thru ___ of Section V. herein are persons who were at the time of the incident employed at the Jefferson Correctional Institution.

5

swollowing a razor, causing physical and psychological injury to my person.

### Defendant Wilson

2. In the months of May, 2018, June, 2018, and July, 2018, a Sergeant Wilson had intentionally and maliciously made verbal threats of retaliation, and acts of retaliation against me, because I had utilized the grievance process against other staff personnel at the Jefferson Correctional Institution, causing psychological injury to my person, and that which **rendered** the grievance process unavailable in this case.

6

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1. Defendant Leacock's, and Wilson's actions, as described in paragraphs 1 and 2 of Section V herein violated my right "to be free from cruel and unusual punishment."

1. Defendant Wilson's actions as described in paragraph 2 of Section V herein violated my right to "freedom of speech."

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

1. A cash reward amount of $1,000,000.00 from Defendants to me for physical and psychological injury - and permanent scarring. (2) all my attorney and legal fees paid by Defendants, if any.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

February 14, 2019
(Date)

Steven R. DeWitt
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the _____ day of _____, 20____.

_____
(Signature of Plaintiff)

Revised 03/07