IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN R. DEWITT,

    Plaintiff,

v.                                  Case No. 4:18cv281-MW/CAS

DR. JAMIE A. LEACOCK
and
SERGEANT WILSON,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 58, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 62. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Defendant Leacock's motion to dismiss, ECF No. 43, is **GRANTED** and the claim against Defendant Leacock dismissed because Plaintiff failed to properly exhaust administrative remedies prior to filing his claim against her. This case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED** on November 7, 2019.

                                        s/Mark E. Walker      
                                        **Chief United States District Judge**